GEORGE MYZAL, Respondent, v. JOSEPH S. MECCA et al., Appellants. — GIBSON, P. J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gibson, P. J.